UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY WILLIAMS,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

        Defendant.

CASE NO.    C08-5054RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J.

Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation [Dkt.

#13], and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     The administrative decision is AFFIRMED; and

    (3)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

           and Magistrate Judge J. Kelley Arnold.


DATED this 11th day of September, 2008.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE