# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY WILLIAMS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

CASE NUMBER: C08-5054RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

   September 16, 2008                                            BRUCE RIFKIN
                                                                       Clerk

                                                                     *s/CM Gonzalez*
                                                                     Deputy Clerk